UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, EX REL. FRIEDRICH LU,<br>      Plaintiff,<br><br>v.<br><br>RAMAN SAMRA, et al.,<br>      Defendants. | Civil Action No.<br>17-10119-IT *SEALED* |

## ORDER

**TALWANI, D.J.**

Friedrich Lu brings this qui tam action on behalf of himself and the United States alleging violations of the False Claims Act ("FCA"). See 31 U.S.C. §§ 3729-3730. "The FCA allows private persons, called relators, to bring qui tam actions on behalf of the United States against persons or entities who knowingly submit false claims to the federal government." United States ex rel. Ondis v. City of Woonsocket, 587 F.3d 49, 53 (1st Cir. 2009) (citing 31 U.S.C. § 3730(b)(1)). With the complaint, Lu filed an Application to Proceed in District Court without Prepaying Fees or Costs [#3]. Based upon Lu's financial disclosures, the Court will allow him to proceed in forma pauperis.

Plaintiff shall now serve the government with his complaint and written disclosures pursuant to 31 U.S.C. § 3730(b)(2). Once served, the government has at least sixty days to review the claims and inform the court whether the government will intervene and take over this *qui tam* action. See id. §§ 3730(b)(4)(A), (c)(1). The case shall remain under seal pending further order of the court. The clerk shall not issue summons and the defendants shall not be served while the case remains sealed. See id. § 3730(b)(3).

If the government declines to intervene, Lu will need to be represented by an attorney to pursue the FCA claim on behalf of the United States. See United States ex rel. Paradise v. Mass. Gen. Hosp., C.A. No. 13-11070-DJC (D. Mass. Nov. 14, 2014)  (even where the operative complaint was prepared by an attorney, the pro se relator cannot continue to pursue the case on behalf of the United States); United States ex rel. Nasuti v. Savage Farms, Inc., C.A. No. 12-30121-GAO, 2014 WL 1327015 at *7 (D. Mass. Mar. 27, 2014) ("there is nearly universal support for the principle that a pro se litigant may not pursue a qui tam action."); U.S. ex rel., Barlow v. Bristol-Meyers Squibb Co., C.A. No. 04-11540-MLW, 2010 WL 3824108 at *1 (D. Mass. Sept. 27, 2010) ("[a relator], who is not an attorney, is unable to pursue the remaining qui tam claims on behalf of the United States if he is not represented by counsel"); Local Rule 83.5.5 ("An individual appearing *pro se* may not represent any other party").

Based upon the foregoing, it is hereby ORDERED

1. The motion (Docket No. 3) for leave to proceed *in forma pauperis* is granted.

2. Plaintiff shall serve the complaint, his written disclosures and this Order on the United States pursuant to Rule 4(i) of the Federal Rules of Civil Procedure.

**So ordered.**

                     /s/ Indira Talwani
                     Indira Talwani
                     United States District Judge

Dated:  March 20, 2017