UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, EX REL. FRIEDRICH LU, | * * * | |
| Plaintiff, | * | Civil Action No. 17-cv-10119-IT |
| v. | * | *SEALED* |
| | * | |
| RAMAN SAMRA, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

June 16, 2017

TALWANI, D.J.

A private person seeking to bring a qui tam action on behalf of the United States must serve the government with the complaint and written disclosures. 31 U.S.C. § 3730(b)(2). Once served, the government has at least sixty days to review the claims and inform the court whether the government will intervene and take over the qui tam action. Id. §§ 3730(b)(4)(A), (c)(1). Accordingly, the court ordered Plaintiff Friedrich Lu to serve his qui tam complaint, his written disclosures, and the court's March 20, 2017, order on the United States pursuant to Rule 4(i) of the Federal Rules of Civil Procedure. Order [#8]. On May 31, 2017, the court directed Plaintiff to file a certificate attesting to such service no later than June 7, 2017. Elec. Order [#10].

To date, Plaintiff has not certified service of the complaint and written disclosures on the government. Accordingly, Count One of the complaint, alleging a violation of the False Claims Act, 31 U.S.C. § 3729, is DISMISSED for Plaintiff's failure to demonstrate adherence to the statutory requirements of 31 U.S.C. § 3730.

If Plaintiff intends to proceed with his remaining claims, he shall file no later than June 28, 2017, an amended complaint omitting the qui tam claim, at which point the amended

complaint will be unsealed. The court anticipates dismissing the case in its entirety for failure to prosecute if Plaintiff fails to file an amended complaint by that date.

    IT IS SO ORDERED.

Date: June 16, 2017                                                     /s/ Indira Talwani
                                                                                   United States District Judge