UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. FRIEDRICH LU,<br><br>Plaintiff,<br><br>v.<br><br>RAMAN SAMRA, TRUSTEES of BOSTON UNIVERSITY, and TRUSTEES of TUFTS COLLEGE,<br><br>Defendants. | Civil Action No. 17-cv-10119-IT |

ORDER

August 18, 2017

TALWANI, D.J.

The Complaint [#1] in this action includes a claim under the False Claims Act, 31 U.S.C. § 3729, et seq., and accordingly, Plaintiff Friedrich Lu, proceeding *pro se*, filed the Complaint under seal. On June 16, 2017, when Lu had not filed a certificate of service on the United States, the court issued an order dismissing the qui tam claim for failure to demonstrate adherence to the requirements of 31 U.S.C. § 3730. Order [#12]. After further filings by Lu, on June 23, 2017, the court directed the government to advise the court if the government seeks to investigate Plaintiff's False Claims Act claim. Order [#15]. The June 23rd Order stated that if the government did not wish to investigate, the prior Order [#12] dismissing Plaintiff's False Claims Act claim would not be vacated, and that Lu would be required to file an amended complaint, and if he failed to do so, the action would be dismissed in its entirety. Id.; see Order [#12].

On August 10, 2017, the United States notified the court that it declines to intervene in this action, but it requests that the court solicit the United States' written consent before

dismissing the False Claims Act claim. United States' Notice Election to Decline Intervention [#20]. On August 11, 2017, Lu filed a motion asking the court to enter judgment without prejudice if the claims were dismissed. Pl.'s Mot. Enter J. Without Prejudice to State Claim [#21].

Accordingly,

1. The Order [#12] dismissing Plaintiff's False Claims Act claim for failure to demonstrate adherence to the requirements of 31 U.S.C. § 3730 is VACATED;

2. Lu's Motion to Enter Judgment Without Prejudice to State Claim [#21] is DENIED AS MOOT, as no claims have been dismissed at this time;

3. The Complaint [#1] shall be unsealed and the clerk shall issue summons;

4. Lu shall effect service of the Complaint [#1], summons, and this Order upon the defendants within 90 days of this Order;

5. The parties shall serve all further pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts. The United States may intervene in this action at a later date with court permission and upon a showing of good cause; and

6. Should Lu or a defendant propose that this action be dismissed, settled, or otherwise discontinued, the court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED.

Date: August 18, 2017                         /s/ Indira Talwani
                                              United States District Judge