UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FRIEDRICH LU and UNITED STATES ex rel. FRIEDRICH LU, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 17-cv-10119-IT |
| RAMAN SAMRA, TRUSTEES OF BOSTON UNIVERSITY, and TRUSTEES OF TUFTS COLLEGE, | * * * * | |
| Defendants. | * * | |

ORDER OF DISMISSAL

January 25, 2018

TALWANI, D.J.

    Pursuant to the court's Memorandum & Order [#46] allowing the Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), 9(b), and 41(b) [#30] by Trustees of Tufts College and allowing the Motion to Dismiss the Complaint [#39] by Raman Samra and Trustees of Boston University (together, the "BU Defendants") as to the qui tam claim asserted against them, and its Order [#50] dismissing the remaining state-law claims asserted against the BU Defendants for lack subject matter jurisdiction, this case is CLOSED.

    IT IS SO ORDERED.

                                                         /s/ Indira Talwani
                                                         United States District Judge