UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRIEDRICH LU and UNITED STATES ex rel. FRIEDRICH LU,<br>　　Plaintiffs,<br><br>v.<br><br>RAMAN SAMRA, TRUSTEES OF BOSTON UNIVERSITY, and TRUSTEES OF TUFTS COLLEGE,<br>　　Defendants. | *<br>*<br>*<br>*<br>*  Civil Action No. 1:17-cv-10119-IT<br>*<br>*<br>*<br>*<br>* |

ORDER
August 2, 2022

TALWANI, D.J.

The court has received an *ex parte* request from Defendant Raman Samra for clarification as to the court's Order [Doc. No. 71] addressing his request to "seal the record of this case," Letter re Petition to Seal [Doc No. 69]. Mr. Samra explains that despite the court's Order [Doc. No. 71] limiting access to Friedrich Lu's complaint, case information remains on search engine websites.

The court's order did not limit access to the case docket as a whole, in light of the "common law presumption that the public ought to have access to judicial records." Fed. Trade Comm'n v. Standard Fin. Mgmt. Corp., 830 F.2d 404, 408 (1st Cir. 1987). However, the court did limit access to the Complaint [Doc. No. 1], which is now docketed as a sealed pleading, limited to case participants and users of public terminals at the courthouse. Accordingly, no new remote access to the Complaint [Doc. No. 1] on the court's website is permissible. Websites seeking to comply with court sealing directives should promptly remove the Complaint [#1] from their website.

　　　　　　　　　　　　　　　　　　　　　　/s/ Indira Talwani
　　　　　　　　　　　　　　　　　　　　　　United States District Judge